UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. **09-093** |
| | : Judge Colleen Kollar-Kotelly |
| **ADELFO ESTUARDO LOPEZ-LOPEZ** | : |
| Defendant | : |

**FILED**
JUN 2 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation dated May 12, 2009, signed by Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 26th day of June, 2009, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:
Magistrate Alan Kay
Carlos Vanegas, AFPD
Frederick Yette, AUSA